IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   06-cr-00372-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RONALD RICHARD CREIGHTON,

      Defendant.

**ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS**

Upon consideration of the Defendant's Motion to Disclose Copies of Transcripts of Grand Jury Testimony under Specified Conditions to Attorney for the Defendant pursuant to Rule 6(e)(3)(C)(i) of Federal Rules of Criminal Procedure, it is

ORDERED that a copy of the transcripts of testimony given before the Grand Jury and other Grand Jury materials be disclosed to the attorney for the Defendant for preparation for trial.

IT IS FURTHER ORDERED, that the disclosed copies of the Grand Jury transcripts and materials are not to be reproduced and are to be retained in the personal custody or office of the attorney for the Defendant.

Dated this 25th day of September, 2006, at Denver, Colorado

BY THE COURT:

_____
WALKER D. MILLER
UNITED STATES DISTRICT JUDGE