IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-000372-WDM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    RONALD RICHARD CREIGHTON,

       Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring said United States Marshal to produce the material witness, CARL LEE TANNER., Inmate number 226435, before Walker D. Miller, United States District Judge, on October 20, 2008, for trial preparation and testimony in the above captioned cause, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until he has appeared as a material witness, and immediately thereafter to return the witness to the institution where he is now confined, under safe and secure conduct..

SO ORDERED this 29 day of Sept., 2008.

WALKER D. MILLER, DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO