IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-000372-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RONALD RICHARD CREIGHTON,

    Defendant.

---

**FORTHWITH ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring said United States Marshal to produce the material witness, Lance Charles Taylor, Inmate # 9518, before Walker D. Miller, United States District Judge, on or before October 20, 2008, to testify during the proceedings of the above captioned cause, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until he has appeared as a material witness, and immediately thereafter

to return the witness to the institution where he is now confined, under safe and secure conduct.

SO ORDERED this __10__ day of __October__, 2008.

_/s/ John L. Kane_
vice WALKER D. MILLER, DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO