IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Criminal Action No. 06-cr-00372-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RONALD RICHARD CREIGHTON,

    Defendant.

_____

**ORDER OF CRIMINAL CONTEMPT**
_____

Pursuant to 18 U.S.C. § 401(3) and 402, and in conformity with Fed. R. Crim. P. 42(b), the following occurred before me in open court in this matter:

Carl Tanner is serving a state criminal sentence in Minnesota. He was called by the government as a witness on October 23, 2008. Count 22 of the Indictment being tried in this matter charges defendant with the unlawful possession of the means of identification of witness Tanner without his authority in violation of 18 U.S.C. 1028A. After responding to certain questions, witness Tanner refused to answer other questions relevant to the issues of the Indictment. In response to my specific inquiry, witness Tanner disclaimed any claim of privilege under the Fifth Amendment and made clear that he was refusing to answer certain questions because of his beliefs. After being advised by myself of the risk of being held in contempt of court he nevertheless continued to refuse to answer questions. I then excused the witness and appointed a

Criminal Justice Act attorney to advise the witness.

At a subsequent hearing witness Tanner appeared with his appointed counsel. The witness confirmed he had consulted with counsel and was again advised by me of the threat of criminal contempt of court and possibility of a sentence of up to six months in jail. Nevertheless, the witness continued to refuse to answer questions. Subsequent thereto, defendant moved to strike all of witness Tanner's testimony and for a judgment of acquittal on the relevant Count 22.

On the basis of the foregoing conduct and record, I find and conclude that witness Tanner's refusal to testify was in violation of my direct order and obstructed the administration of justice in this matter. Accordingly, I conclude that witness Tanner's refusal to testify is in criminal contempt of this court and I sentence Carl Tanner to 60 days in jail to be served consecutively to the sentences previously imposed upon him.

DATED at Denver, Colorado, on October 29, 2008.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge