IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

SENIOR JUDGE WALKER D. MILLER

COURTROOM MINUTES

| Courtroom Deputy: Kathy Preuitt-Parks | Date: October 28, 2008 |
| Court Reporter: Janet Coppock | Time: 4 hours and 32 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO. 06-CR-00372-WDM**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Joseph Mackey |
| | Special Agent Kenneth Haithcoat |
| | Special Agent Richard Sheehan |
| Plaintiff, | |
| vs. | |
| **RONALD RICHARD CREIGHTON,** | Charles Elliott |
| Defendant. | |

## TRIAL TO COURT - DAY SIX

**9:39 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**9:40 a.m.**   Direct examination of Government's witness Robert Ryan by Mr. Mackey.

**9:52 a.m.**   Cross examination by Mr. Elliott.

Page Two
06-CR-00372-WDM
October 28, 2008

**9:55 a.m.**     Redirect examination by Mr. Mackey.

Witness excused.

**10:02 a.m.**     Direct examination of Government's witness Richard Sheehan by Mr. Mackey.

**Exhibits 14 and 15** identified, offered and ADMITTED.

**Exhibit 21** identified, offered and ADMITTED.

**10:31 a.m.**     Cross examination by Mr. Elliott.

Witness excused.

Discussion regarding the admission of exhibits.

**10:35 a.m.**     **COURT IN RECESS**

**11:06 a.m.**     **COURT IN SESSION**

### CONTEMPT PROCEEDINGS

Mr. MacFarlane enters his appearance on behalf of Carl Tanner.

**11:10 a.m.**     Argument by Mr. MacFarlane.

**11:14 a.m.**     Carl Tanner answers Court's inquiry.

**11:15 a.m.**     Argument by Mr. Mackey.

Court states its findings and conclusions.

**ORDERED:**     Defendant is held in contempt of the Court and is sentenced to **60 days** imprisonment, to be served with sentences of imprisonment Mr. Tanner is currently serving.

**ORDERED:**     Carl Tanner is remanded to the custody of the United States Marshal.

Further discussion with regard to the admission of exhibits.

**Exhibits 19, 19A, and 19B** are ADMITTED by stipulation.

Further argument by Mr. Mackey regarding the admission of exhibits from the 300 series.

Defendant's Motion to Reconsider: Revised and Renewed Motion to Suppress (Doc #305), filed 10/15/08.

**11:40 a.m.** Argument by Mr. Elliott.

**11:53 a.m.** Argument by Mr. Mackey.

**12:02 p.m.** Rebuttal argument by Mr. Elliott.

**12:09 p.m.** **COURT IN RECESS**

**1:36 p.m.** **COURT IN SESSION**

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion to Reconsider: Revised and Renewed Motion to Suppress (Doc #305), filed 10/15/08 is **DENIED.**

**ORDERED: Exhibits 502 through 516, 518, 519, 521, 521A, 523A, 524A, 600, 602 through 602F are admitted.**

**ORDERED: Exhibits 603 and 604,** Court reserves ruling.

Continued discussions as to the admissions of exhibits in the 300 and 400 series.

**ORDERED: Exhibits 311, 312, 312A, 312C, 336, 342, 342A through 342E inclusive, 344, 344A, 346, 353, 361, 366, 375B, 381, 381A, 385** are ADMITTED.

**ORDERED: Exhibits 314, 314A, 331, 331A, 335, 365C, 371 through 371G inclusive, 375A, 389 and 395** Court reserves ruling.

**2:34 p.m.** **COURT IN RECESS**

**2:59 p.m.** **COURT IN RECESS**

Page Four
06-CR-00372-WDM
October 28, 2008

**3:00 p.m.** Direct examination of Government's summary witness Kenneth Haithcoat by Mr. Mackey.

**ORDERED: Exhibits 421, 421A through 423, 423B, 426, 429, 439, 440, 440A, 441, 442, 444, 445, 451, 452, 465, through 466D inclusive, 473, 473A, 473D, 473H, 488C, 488F and 488I are ADMITTED.**

**4:29 p.m.** Cross examination by Mr. Elliott.

Witness excused.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**4:35 p.m.** **COURT IN RECESS**

**Total in court time:** **272 minutes**

**Hearing continued**