IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

---

Courtroom Deputy: Ginny Kramer  
Court Reporter: Kara Spliter

Date: October 19, 2009  
Time: 12 minutes

---

**Criminal Action No.  06-cr-00372-WDM-1**

Parties:

Counsel:

UNITED STATES OF AMERICA,

Joseph Mackey

     Plaintiff,

vs.

Charles W. Elliott

1.  RONALD RICHARD CREIGHTON,

     Defendant.

---

### COURTROOM MINUTES

---

**Hearing Regarding - Motion for Reconsideration**

**2:05  p.m.     Court in session**.

The Defendant is present in court (in custody).

Opening statements by the Court.

Appearances of counsel.

Mr. James Burgess is present for the Jefferson County Sheriff's Department.

Discussion on Jefferson County Sheriff's Motion for Reconsideration [#401], filed October 7, 2009.

Statements to the Court by Mr. Mackey.

Statements to the Court by Mr. Elliott.

Statements to the Court by Mr. Burgess, for the Jefferson County Sheriff's Department.

**It was ORDERED:**

1.      That Non-Party Jefferson County Sheriff Ted B. Mink's Motion for
        Reconsideration [#401] filed on October 7, 2009, is **GRANTED.**  The
        Court shall limit access to assure security compliance of the Jefferson
        County Sheriff's Department. The Sheriff's Department shall submit
        suggested language to the Court on **October 20, 2009.**   Any objections
        shall be filed by **Wednesday, October 21, 2009.**


**2:17 p.m.      Court in recess.**

Total in-court time: 00:12  minutes
Hearing concluded.