**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 06-cr-00372-WDM

UNITED STATES OF AMERICA

      Plaintiff,

v.

1.  RONALD RICHARD CREIGHTON,

      Defendant.

---

## ORDER REGARDING NON-PARTY JEFFERSON COUNTY SHERIFF TED B. MINK'S MOTION FOR RECONSIDERATION

---

THIS COURT, having reviewed Non-party Jefferson County Sheriff Ted B. Mink's

Motion for Reconsideration and having heard argument on the Motion and being otherwise fully

advised, hereby finds and Orders as follows:

The Defendant, Ronald R. Creighton, is currently being housed at the Jefferson County

Detention Facility (the "JCDF") while awaiting sentencing in this matter.  This Order addresses

the specific factual scenario presented by this matter only and should not be cited as precedent in

any other proceeding.

The Court hereby ORDERS:

1.      Counsel for the Defendant Mr. Creighton may provide a personal computer

("PC") to Mr. Creighton at the JCDF subject to the following restrictions:

2

        a.      The PC shall be available to Mr. Creighton <u>only</u> and <u>only</u> for his review of discovery related to sentencing in this matter and for entry of information into an electronic spreadsheet to be used at sentencing.

        b.      The PC shall not have any capability or functionality to access the internet, email, or any printer while it is located in the JCDF.

        c.      The PC shall contain <u>only</u> the software and information necessary to aid Mr. Creighton in preparing for sentencing.  Namely, the PC shall have the ability to view the electronic discovery in this matter and to open and modify an electronic spreadsheet that is to be used at sentencing.  The PC shall have no other functionality or capability.

        d.      The administration of the JCDF may adopt a set of procedures to make the PC available to Mr. Creighton at reasonable times and for reasonable periods.

        2.      Information technology ("IT") staff at the JCDF shall be permitted to inspect the PC provided by Mr. Creighton's counsel to the JCDF prior to the PC being made available for Mr. Creighton's use at the JCDF.  The JCDF IT staff may inspect the PC to determine if the PC contains any information or software beyond that explicitly authorized by the terms of this Order.  If the JCDF IT staff determines that the PC provided for Mr. Creighton's use does not comply with the terms of this Order, the JCDF may deny Mr. Creighton access to the PC until such time as the PC is modified to comply with the terms of this Order.

        BY THE COURT this 21st day of  October, 2009.

                            S/Walker D. Miller

                          _____

                          SENIOR JUDGE WALKER D. MILLER
                          United States District Court
                          District of Colorado

3