IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  06-cr-00372-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RONALD RICHARD CREIGHTON,

    Defendant.

_____

## MINUTE ORDER
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Sentencing is continued to **January 28, 2010, at 2:30 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: January 22, 2010

                                              s/ Jane Trexler, Judicial Assistant