**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  Civil Action No. 13-cv-02528-RBJ
(Criminal Action No. 06-cr-00372-RBJ-1)

UNITED STATES OF AMERICA,

v.

RONALD RICHARD CREIGHTON,

    Movant.

**FINAL JUDGMENT**

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the ORDER DENYING 28 U.S.C. § 2255 MOTION of Judge R. Brooke Jackson entered on October, 30, 2013 it is

    ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 [480] filed September 16, 2013, is DENIED; it is

    FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE.

    Dated at Denver, Colorado this 1st day of November, 2013.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/Edward P. Butler

    Edward P. Butler
    Deputy Clerk